IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FELIPE VALENTIN COLON
CANDITA VARGAS RODRIGUEZ
DEBTOR (S)

CASE NO: 11-01466 ESL

CHAPTER 13 (ASSET CASE)

**MOTION SUBMITTING AMENDED SCHEDULES I AND J**

TO THE HONORABLE COURT:

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. On January 31st, 2011 Debtor filed the instant bankruptcy petition.

2. *<u>Amend Schedule I in order to correct debtor's income.</u>*

3. *<u>Amend Schedule J in order to provide for the correct amount of expenses.</u>*

**WHEREFORE**, it is respectfully requested of this Honorable Court to acknowledge the above indicated.

In San Juan, Puerto Rico, this 18th, day of March 2011.

**RESPECTFULLY SUBMITTED.**
/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

B6I (Official Form 6I) (12/07)

IN RE VALENTIN COLON, FELIPE & VARGAS RODRIGUEZ, CANDITA       Case No. 11-01466-13
                              Debtor(s)                                    (If known)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Son<br>Son<br>Daughter | AGE(S):<br>23<br>19<br>17<br>13 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | AGENT | SECRETARY |
| Name of Employer | POLICIA DE PUERTO RICO | CENTRO DE ENFERMEDADES DE ALERGICAS Y AM |
| How long employed | 7 years and 5 months | 5 years |
| Address of Employer | PO BOX 70166<br>SAN JUAN, PR 00936-8166 | HATILLO, PR 00659 |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,335.00 | $ 1,096.03 |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 2,335.00 | $ 1,096.03 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 45.56 | $ 139.37 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify)  See Schedule Attached | $ 701.96 | $ |
|  | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 747.52 | $ 139.37 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,587.48 | $ 956.66 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | $ |
|  | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
| (Specify) SEGURO MEDICO | $ 100.00 | $ |
| CHRISTMAS BONUS | $ | $ 43.66 |
| Bono Navidad | $ 37.50 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 137.50 | $ 43.66 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,724.98 | $ 1,000.32 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,725.30 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE VALENTIN COLON, FELIPE & VARGAS RODRIGUEZ, CANDITA        Case No. 11-01466-13
                                    Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| ASES | 100.00 | |
| 5 Star Life Ins Co | 28.00 | |
| Trans - Oceanic | 62.36 | |
| Asoc COPS | 20.00 | |
| Fondos Unidos | 2.00 | |
| AEELA Savings | 70.06 | |
| Retirement Loan | 197.72 | |
| Retirement | 221.82 | |

B6J (Official Form 6J) (12/07)

IN RE VALENTIN COLON, FELIPE & VARGAS RODRIGUEZ, CANDITA    Case No. 11-01466-13
                              Debtor(s)                                          (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 200.00 |
|    b. Water and sewer | $ 75.00 |
|    c. Telephone | $ |
|    d. Other  **CELLULAR** | $ 200.00 |
|             **DIRECT TV** | $ 55.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 661.66 |
| 5. Clothing | $ 90.00 |
| 6. Laundry and dry cleaning | $ 70.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 251.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 137.64 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ 565.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ 2,375.30

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I       $ 2,725.30
   b. Average monthly expenses from Line 18 above           $ 2,375.30
   c. Monthly net income (a. minus b.)                       $ 350.00

IN RE **VALENTIN COLON, FELIPE & VARGAS RODRIGUEZ, CANDITA**　　　　Case No. **11-01466-13**
　　　　　　　　　　　　　　　　　Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
| | |
|---|---:|
| **PERSONAL CARE** | 80.00 |
| **LUNCH AT WORK** | 200.00 |
| **CAR MAINTENANCE AND FEES** | 85.00 |
| **SCHOOL EXPENSES** | 80.00 |
| **TOLLS** | 120.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE VALENTIN COLON, FELIPE & VARGAS RODRIGUEZ, CANDITA          Case No. 11-01466-13
                                    Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 17, 2011**          Signature: **/s/ FELIPE VALENTIN-COLON**
                                              FELIPE VALENTIN-COLON                                 Debtor

Date: **March 17, 2011**          Signature: **/s/ CANDITA VARGAS-RODRIGUEZ**
                                              CANDITA VARGAS-RODRIGUEZ               (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01466-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor WANDA REYES VELAZQUEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-01466-ESL13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936

CITIFINANCIAL PLUS
PO BOX 71325, SUITE 67
SAN JUAN, PR 00936

CLARO
PO BOX 71535
SAN JUAN, PR 00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR 00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

INTERNATIONAL HOME PRODUCTS
PO BOX 363885
SAN JUAN, PR 00936-3885

ISLAND FINANCE
PO BOX 71504
SAN JUAN, PR 00936

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090

PUERTO RICO TELEPHONE COMPANY
#562 AVE JUAN PONCE DE LEOJN
HATO REY, PR 00918

RADIOSHACK CREDIT PLAN
PROCESSING CENTER
DES MOINES, IA 50364-0001

SEARS
PO BOX 183081
COLOMBUS, OH 43218-3081

WALMART/GEMB
PO BOX 530927
ATLANTA, GA 30353-0927