# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: FELIPE VALENTIN COLON
CANDITA VARGAS RODRIGUEZ

Bkrtcy. No. 11-01466-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 25, 2011
Meeting Date: Mar 31, 2011
DC Track No.: 7

Days from petition date: 34
Meeting Time: 9:00 AM

910 Days before Petition: 8/29/2008
☐ Chapter 13 Plan Date: Mar 17, 2011 Dkt.# 11 ☐ Amended.

This is debtor(s) 1 Bankruptcy petition.
Plan Base: $23,310.00

This is the 1 Scheduled Meeting
Confirmation Hearing Date: Apr 27, 2011 Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $410.00

### I. Appearances:
☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☒ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☒ Substitute attorney: A. Medina ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00 Paid Pre-Petition: $105.00 Outstanding: $2,895.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: 0
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
① Submit tax return for year 2010 reviewed at hearing.
② Submit insurance for vehicle finance with BPPR.

/s/ José R. Carrión
Trustee
Presiding Officer
Page 1 of ___
Date: Mar 31, 2011